UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SHARON CHASE, as Administratrix of the
Estate of NICOLE CARMEN,

                Plaintiff,

vs.

CORRECTIONAL MEDICAL CARE, INC.,
EMRE UMAR, JANE DOE NUMBER ONE, the
screening nurse for decedent, Nicole Carmen,
employed by Correctional Medical Care, Inc.,
whose identity cannot presently be determined,
JANE DOE NUMBER TWO, Head Nurse at the
Schenectady County Jail, employed by
Correctional Medical Care, Inc., whose identity
cannot presently be determined, JOHN/JANE
DOES 3-5, employees of Correctional Medical
Care, Inc., whose identities cannot presently be
determined, COUNTY OF SCHENECTADY,
DOMINIC A. D'AGOSTINO, JIM BARRETT
and JOHN/JANE DOES 6-10, employees of the
Schenectady County Sheriff's Department whose
identities cannot presently be determined.

                Defendants.

**DEFENDANTS' ANSWER TO CROSS-CLAIMS**

Civil Action No.: 1:14-CV-0474
(DNH/TWD)

---

Defendants, CORRECTIONAL MEDICAL CARE, INC. and EMRE UMAR, by and through their attorneys, Smith, Sovik, Kendrick & Sugnet, P.C., answer and respond to the Cross-Claims of co-defendants, County of Schenectady, Dominic A. Dagostino and Tim Barrett, as follows:

1. Defendants **DENY** each and every allegation contained in paragraphs "59" through "62" of the co-defendants' Answer with Cross-Claims.

2. Defendants **ADMIT** that Correctional Medical Care, Inc. had entered into an Agreement with co-defendants and, further, that portions of the co-defendants' allegations contained in paragraph "63" contain a portion of that contract. Defendants **DENY** that they have improperly rejected co-defendants' demand for indemnification or that they have in any way breached said contract. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the truth of the remaining allegations contained in paragraph "63" of the co-defendants' Answer with Cross-Claims.

### AS AND FOR A FIRST CROSS-CLAIM AGAINST THE CO-DEFENDANTS

3. That if plaintiff sustained injuries and damages as alleged in the Complaint by reason of fault other than the decedent's own negligence, and judgment is recovered against these answering defendants, the liability of said defendants will have been brought about by the negligence of co-defendants and not through any negligence on the part of the answering defendants. Defendants are, therefore, entitled to indemnity and/or contribution for all or part of any such judgment rendered against them and in such amounts that may be determined ultimately at the trial of this action, including, but not necessarily limited to attorneys' fees.

4. The answering defendants, therefore, demand judgment over and against co-defendants for their proportionate share of liability.

**WHEREFORE**, defendants, CORRECTIONAL MEDICAL CARE, INC. and EMRE UMAR, demand judgment as pertaining to co-defendants' cross-claims as follows:

A. Dismissing co-defendants' cross-claims in their entirety;

B. Determining the relative culpability of all parties named and unnamed to this action and awarding contribution and/or indemnification;

{S0113833.1}

C. Awarding contribution or indemnification to defendants, Correctional Medical Care, Inc. and Emre Umar, for the damages sought in this action including attorneys' fees, costs and disbursements; and

D. For such other and further relief as this Court may deem just and proper.

Dated: August 19, 2014

**SMITH, SOVIK, KENDRICK & SUGNET, P.C.**

_____
Daniel R. Ryan, Esq.
(Bar Roll No.: 513902)
*Attorneys for Defendants, Correctional Medical Care, Inc. and Emre Umar*
250 South Clinton Street, Suite 600
Syracuse, New York 13202
Telephone: (315) 474-2911

TO: Jonathan M. Berstein, Esq.
GOLDBERG SEGALLA, LLP
*Attorneys for Defendants, County of Schenectady Dominic A. D'Agostino and Jim Barrett*
8 Southwoods Boulevard, Suite 300
Albany, New York 12211
Telephone: (518) 463-5400

CC: Elmer Robert Keach, III, Esq.
LAW OFFICES OF ELMER ROBERT KEACH, III, P.C.
*Attorneys for Plaintiff*
One Pine West Plaza, Suite 109
Albany, New York 12205
Telephone: (518) 434-1718

{S0113833.1}