UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHARON CHASE, as Administratrix of the Estate of NICOLE CARMEN,<br><br>Plaintiffs<br><br>-vs-<br><br>CORRECTIONAL MEDICAL CARE, INC., EMRE UMAR, JANE DOE NUMBER ONE, the screening nurse for decedent, Nicole Carmen, employed by Correctional Medical Care, Inc., whose identity cannot presently be determined, JANE DOE NUMBER TWO, Head Nurse at the Schenectady County Jail, employed by Correctional Medical Care, Inc., whose identity cannot presently be determined, JOHN/JANE DOES 3-5, employees of Correctional Medical Care, Inc., whose identities cannot presently be determined, COUNTY OF SCHENECTADY, DOMINIC A. D'AGOSTINO, JIM BARRETT, and JOHN/JANE DOES 6-10, employees of the Schenectady County Sheriff's Department whose identities cannot presently be determined,<br><br>Defendants. | **DEFENDANT'S ANSWER TO CROSS-CLAIMS**<br><br>**Civil Action No. 14-cv-0474 DNH/TWD**<br><br>*Jury Trial Demanded* |

---

Defendants, County of Schenectady, Dominic A. Dagostino and Jim Barrett, by and through their attorneys, Goldberg Segalla, LLP, answer and respond to the cross-claims of Defendants, Correctional Medicare Care, Inc., and Emre Umar, as follows:

1. Deny the allegations contained in paragraphs "3" and "4" of Defendants' Answer to Cross Claims.

2. Any allegation not specifically addressed above is hereby denied.

WHEREFORE, answering Defendants demand judgment dismissing the Complaint of the Plaintiff and all cross-claims herein with prejudice and on the merits and indemnification and/or contribution and a defense from Co-Defendants Correctional Medical Care, Inc. and Emre Umar, together with costs, disbursements and attorneys fees of this action.

DATED: Albany, New York
August 21, 2014

GOLDBERG SEGALLA, LLP

By_____
Jonathan M. Bernstein
Bar Roll No. 512457
*Attorneys for Defendants*
*County of Schenectady, Dominic A.*
*Dagostino and Jim Barrett*
8 Southwoods Boulevard
Suite 300
Albany, New York 12211
(518) 463-5400

TO: Elmer Robert Keach, III, Esq.
Maria K. Dyson, Esq.
Law Offices of Elmer Robert Keach, III, P.C.
*Attorneys for Plaintiffs*
One Pine West Plaza, Suite 109
Albany, New York 12205

Daniel R. Ryan, Esq.
Bar Roll No: 513902
Smith, Sovik, Kendrick & Sugnet, PC
*Attorneys for Defendants, Correctional Medical Care, Inc. and Emre Umar*
250 South Clinton Street, Ste. 600
Syracuse, NY 13202

3084479