UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SHARON CHASE, as Administratrix of the
Estate of NICOLE CARMEN,

                            Plaintiffs

-vs-

CORRECTIONAL MEDICAL CARE, INC.,
EMRE UMAR, JANE DOE NUMBER ONE, the
screening nurse for decedent, Nicole Carmen,
employed by Correctional Medical Care, Inc.,
whose identity cannot presently be determined,
JANE DOE NUMBER TWO, Head Nurse at the
Schenectady County Jail, employed by Correctional
Medical Care, Inc., whose identity cannot presently be
determined, JOHN/JANE DOES 3-5, employees
of Correctional Medical Care, Inc., whose identities
cannot presently be determined, COUNTY OF
SCHENECTADY, DOMINIC A. D'AGOSTINO,
JIM BARRETT, and JOHN/JANE DOES 6-10,
employees of the Schenectady County Sheriff's
Department whose identities cannot presently be
determined,

                            Defendants.

**AFFIDAVIT IN PARTIAL SUPPORT**

Civil Action No. 14-cv-0474
DNH/TWD

---

| STATE OF NEW YORK | : |
|---|---|
| | : ss.: |
| COUNTY OF ALBANY | : |

        **JONATHAN M. BERNSTEIN, ESQ.**, being duly sworn, deposes and states:

    1.    I am an attorney at law duly licensed to practice in the State of New York and the United States District Court for the Northern District of New York and am a member of the firm of Goldberg Segalla LLP, counsel of record for defendants -- County of Schenectady, Dominic A. Dagostino, Jim Barrett, and John and Jane Does 6-10.

2. I submit this affidavit in partial support of plaintiff's motion to approve settlement of this action.

3. Defendants support plaintiff's motion for approval of the settlement in this action.

4. However, defendants deny all claims of liability or responsibility in any manner whatsoever. Defendants object to and dispute any factual contention in plaintiff's submission to the Court that attempts to place liability and responsibility upon defendants.

5. Other than the above, defendants have no objection to the settlement.

WHEREFORE, defendants and counsel respectfully request that the Court approve the settlement of this litigation.

_____
JONATHAN M. BERNSTEIN

Sworn to before me this
10th day of November, 2014.

_____
Notary Public

CAROL A. LIBERTUCCI
Notary Public, State of New York
No. 01LI5077728
Qualified in Montgomery County
Commission Expires 5/12/20__17

TO:

Elmer Robert Keach, III, Esq.
Maria K. Dyson, Esq.
Law Offices of Elmer Robert Keach, III, P.C.
One Pine West Plaza, Suite 109
Albany, New York 12205

Daniel R. Ryan, Esq.
Phillip D. Dysert, Esq.
Smith, Sovik, Kendrick & Sugnet, PC
250 South Clinton Street, Ste. 600

4260602.1

Syracuse, NY 13202

Molly C. Casey, Esq.
Kelly M. Monroe, Esq.
Thuillez, Ford Law Firm
20 Corporate Woods Blvd.
3rd Floor
Albany, NY 12211-1715

4260602.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SHARON CHASE, as Administratrix of the
Estate of NICOLE CARMEN,

                                  Plaintiffs

                                                                Civil Action No. 14-cv-0474
      -vs-                                            DNH/TWD

CORRECTIONAL MEDICAL CARE, INC.,
EMRE UMAR, JANE DOE NUMBER ONE, the
screening nurse for decedent, Nicole Carmen,
employed by Correctional Medical Care, Inc.,
whose identity cannot presently be determined,
JANE DOE NUMBER TWO, Head Nurse at the
Schenectady County Jail, employed by Correctional
Medical Care, Inc., whose identity cannot presently be
determined, JOHN/JANE DOES 3-5, employees
of Correctional Medical Care, Inc., whose identities
cannot presently be determined, COUNTY OF
SCHENECTADY, DOMINIC A. D'AGOSTINO,
JIM BARRETT, and JOHN/JANE DOES 6-10,
employees of the Schenectady County Sheriff's
Department whose identities cannot presently be
determined,

                                  Defendants.

---

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2015, I electronically filed the foregoing LETTER REQUEST with the Clerk of the Northern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

TO:    Elmer Robert Keach, III, Esq.
         Maria K. Dyson, Esq.
         Law Offices of Elmer Robert Keach, III, P.C.
         *Attorneys for Plaintiffs*
         One Pine West Plaza, Suite 109
         Albany, New York 12205

Daniel R. Ryan, Esq.
Bar Roll No: 513902
Smith, Sovik, Kendrick & Sugnet, PC
*Attorneys for Defendants, Correctional Medical Care, Inc. and Emre Umar*
250 South Clinton Street, Ste. 600
Syracuse, NY 13202

Molly C. Casey, Esq.
Kelly M. Monroe, Esq.
Thuillez, Ford Law Firm
20 Corporate Woods Blvd.
3rd Floor
Albany, NY 12211-1715

And, I hereby certify that I have mailed the foregoing by the United States Postal Service, to the following participants:

N/A

*/s/ Carol A. Libertucci*
Carol A. Libertucci
Goldberg Segalla LLP
8 Southwoods Boulevard, Suite 300
Albany, New York 12211
518-463-5400
clibertucci@goldbergsegalla.com

4293550

# GOLDBERG SEGALLA<sup>LLP</sup>

Jonathan M. Bernstein | Partner
Direct 518.935.4240 | jbernstein@goldbergsegalla.com

November 30, 2015

**VIA FedEx**

Honorable David N. Hurd
United State District Court - NDNY
Alexander Pirnie Federal Building
Room 300
10 Broad Street
Utica, New York 13501

      Re:    **Chase / Carmen v. County of Schenectady**
              **Case No.: 14-cv-0474**
              **Our File No.: 13680.0005**

Dear Judge Hurd:

      Goldberg Segalla, LLP, represents the County of Schenectady, Sheriff Dagostino and Jim Barrett.

      Per our recent ECF letter motion, we requested permission to send this affidavit in support and opposition of settlement directly to chambers as plaintiff's papers were submitted under seal. Please accept the enclosed affidavit.

                                    Respectfully submitted,

                                      Jonathan M. Bernstein

JMB/tdh
Enclosure
Copy to:     Elmer Robert Keach, III, Esq.
               Maria K. Dyson, Esq.
               Daniel R. Ryan, Esq.
               Phillip D. Dysert, Esq.
               Molly C. Casey, Esq.
               Kelly M. Monroe, Esq.

8 Southwoods Boulevard, Suite 300 | Albany, New York 12211-2364 | 518 463 5400   Fax 518 463 5420   www.GoldbergSegalla.com
PHILADELPHIA | NEW YORK | BUFFALO | ROCHESTER | SYRACUSE | ALBANY | WHITE PLAINS | LONG ISLAND | PRINCETON | HARTFORD
4293507.1